# AFFIDAVIT

I, Special Agent Jody S. Barboza, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION

1. I am a Special Agent ("SA") with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), and have been an ATF Agent since August 2003. I am currently assigned to the Charleston Field Office in South Carolina.

2. I am an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18, United States Code, and empowered by law to conduct investigations and to make arrests for offenses enumerated in Titles 18, 21 and 26 United States Code. As an ATF SA, I have received training in federal firearms and narcotics laws and regulations at the ATF National Academy. I regularly refer to these laws and regulations during the course of my duties. I have received extensive training in federal firearms, explosives and narcotic laws, the identification and operation of firearms and criminal firearm investigations. I have conducted investigations regarding firearms trafficking, violations committed by federal firearm licensees (FFL's), and those involving the unlawful manufacture, possession and transfer of firearms. I have participated in the use of cooperating informants, undercover agents, pen register/trap and trace devices, video surveillance, wiretaps, GPS tracking devices, and audio surveillance, among other law enforcement techniques, in the course of my career with ATF. Through my investigations, and my training and experience, I have become familiar with the tactics and methods used to illegally traffic, manufacture, transfer, and or possess firearms. Additionally, I have participated in numerous controlled buys of firearms and narcotics from targets of law enforcement investigations. Based on my training and experience, I am familiar with methods used for firearms trafficking and narcotics trafficking. I have conducted investigations into gang members, persons who commit crimes of violence, which include murder, assaults, and extortions, persons who deal in controlled substances, and persons who traffic in firearms and prohibited persons who possess firearms.

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, investigators, and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

## PURPOSE OF THE AFFIDAVIT

4. I make this affidavit in support of an application to obtain a search warrant authorizing the collection of a DNA sample from Antwone Dwayne CORDRAY, further described in Attachment A, by collecting oral (buccal) swab samples according to the standard practices



and procedures employed by the ATF for DNA testing. Based on my training and experience, I believe that the requested DNA sample may yield further evidence that CORDRAY engaged in federal crimes in violation of Title 18 U.S.C. Section 922 (g)(1) and Section 924(c) and Title 21 U.S.C. Section 841(a)(1).

5. As set forth herein, there is an ongoing federal investigation in the District of South Carolina by the ATF involving the possession of firearms by CORDRAY, who has been previously convicted of a felony. On June 17, 2017, February 20, 2020, and November 30, 2020, CORDRAY was believed to have been in possession of firearms and narcotics in and around Beaufort County, South Carolina. The investigation into the possession of firearms by a prohibited person is ongoing.

6. The information upon which this affidavit is based includes information obtained by the affiant through investigation, interviews, observations, experience and/or conferring with other law enforcement officers. This affidavit is being submitted for the limited purpose of obtaining a search warrant for DNA evidence. I have not included each and every fact known to me and/or other law enforcement officers concerning this investigation.

## SUMMARY OF INVESTIGATION

7. During the winter of 2021, ATF received information from Beaufort County Sheriff's Office (BCSO) regarding several incidents involving Antwone Dwayne CORDRAY and CORDRAY' possession of firearms and narcotics in and around Beaufort County.

8. On June 17, 2017, a BCSO Deputy conducted a traffic stop on a black GMC Yukon for failure to use a turn signal at the intersection of Milledge Village and Ramsey Road in Burton, SC and at the intersection of Ramsey Road and Alston Drive. After the Deputy activated the blue lights and siren on the patrol car, the Yukon failed to stop. As the Deputy was attempting the traffic stop, the Deputy observed a black object being thrown out of the passenger side of the vehicle.

9. The Yukon ultimately came to a stop and the occupants were removed from the vehicle, detained, and read their Miranda Rights. Upon approach to the vehicle, the Deputy smelled the odor of marijuana. The driver of the Yukon was identified as Antwone CORDRAY, and the passenger was identified as Dion Hagood.

10. The Yukon was searched, and Deputies recovered a scale and plastic baggies in the center console and a scale on the rear floorboard; one scale had cocaine residue on it and the other scale had marijuana residue on it. One marijuana cigarette was in the ashtray.

11. Deputies searched the area where the Deputy involved in the traffic stop observed a black object being thrown from the vehicle and located a loaded stolen HS Produkt - Springfield XD40 .40 caliber pistol with serial number XD341388 and a small clear plastic bag of suspected cocaine.



12. CORDRAY and Hagood were both arrested and searched. Hagood had $6,203 cash located in the pocket of his shorts.

13. On June 19, 2017, a Deputy was reviewing the in-car footage of the vehicle pursuit of the June 17th incident involving CORDRAY and Hagood, when the Deputy heard Hagood talking to someone. Hagood told the individual, "Big A", that someone needed to go to the area of the Walmart sign and look for two pistols.

14. On June 19, 2017, Deputies went to the area of the Walmart sign and conducted an additional search. Deputies located a loaded, stolen Taurus PT24/7 .40 caliber pistol with serial number SAN13196. The firearm was located near the wood line near the same area where the HS Produkt -Springfield pistol was located and where the Deputy observed a black object being thrown from the vehicle.

15. Both firearms were swabbed for DNA and submitted to the BCSO Forensic Services Laboratory.

16. On February 20, 2020, BCSO Deputies observed a silver Honda Accord disregard a traffic control device at Joe Frazier Road and Broad River Boulevard. The Deputies initiated a traffic stop on the vehicle.

17. While talking to the driver of the vehicle identified as Antwone CORDRAY, Deputies detected an odor of marijuana emitting from the vehicle. CORDRAY was the sole occupant of the vehicle. CORDRAY was asked to step out of the vehicle for Deputies to conduct a K-9 sniff of the vehicle. The BCSO K-9 alerted on the center console and to a backpack located on the front passenger seat.

18. Deputies conducted a hand search of the vehicle and located a small bag containing approximately 1 gram of marijuana, and a small bag containing approximately .26 grams of cocaine in the backpack. Deputies also located a gray plastic Walmart shopping bag containing four individually wrapped baggies of marijuana weighing approximately 79.04 grams and a digital scale on the rear passenger floorboard behind the console. In the rear pocket of the front passenger seat Deputies located a loaded, stolen Ruger LCR .38 Special revolver with serial number 540-47797. The grip of the firearm was facing toward the driver, which would have given the driver easy access to the firearm.

19. CORDRAY was arrested, hand-cuffed, and read his Miranda Rights by Deputies. CORDRAY was questioned by Deputies and admitted to having cocaine in the backpack and approximately 2 oz. of marijuana in the Walmart shopping bag. CORDRAY denied any knowledge of a firearm in the vehicle.

20. The firearm was swabbed for DNA and submitted to the BCSO Forensic Services Laboratory. The laboratory report indicated a potential match between the DNA recovered from the Ruger and the Taurus firearm recovered on June 19, 2017.



21. On November 30, 2020, BCSO Deputies were on Talbird Road when a Deputy observed a black Nissan Maxima. Antwone CORDRAY had outstanding warrants and a black Nissan Maxima, registered to CORDRAY's girlfriend, had been identified by BCSO as a vehicle CORDRAY could be driving. Before the Deputy could confirm the license plate of the vehicle and initiate a traffic stop, the Maxima pulled into 2703 Mossy Oaks Road. The Deputy visually identified CORDRAY exiting the driver's seat of the Maxima. The Deputy detained CORDRAY and asked CORDRAY for consent to search the vehicle and CORDRAY stated the vehicle could be searched. An additional Deputy smelled unburnt marijuana emanating from the Maxima.

22. The Deputy confirmed with dispatch that CORDRAY had eight (8) outstanding active arrest warrants for Domestic Violence of a High and Aggravated Nature, Pointing and Presenting a Firearm at a Person x 4, Possession of a Weapon during a Violent Crime, Possession of a Firearm by a Person Convicted of a Felony and Unlawful Communication. CORDRAY was placed under arrest and read his Miranda Rights.

23. Deputies searched the Nissan Maxima and located a clear plastic bag of suspected marijuana and medication with CORDRAY's name inside of the vehicle. Deputies also located a Taurus G2C 9mm pistol serial with number TMS54245 that was in the back driver's seat pocket and a magazine loaded with ammunition inside the center console.

24. The firearm was swabbed for DNA and submitted to the BCSO Forensic Services Laboratory. The laboratory report indicated that the DNA swabbed from the Taurus G2C pistol resulted in potential matches to the DNA mixture from the Ruger revolver recovered on February 20, 2020 and the Taurus firearm recovered on June 19, 2017.

## CONCLUSION

25. Based on all the facts and circumstances described above, I believe probable cause exists that CORDRAY was in possession of the Taurus PT24/7 .40 caliber pistol with serial number SAN13196 on June 17, 2017; the Ruger LCR .38 Special revolver with serial number 540-47797 on February 20, 2020; and the Taurus G2C 9mm pistol with serial number TMS54245 on November 30, 2020. Moreover, I believe that probable cause exists that the collection of a DNA (oral swab) sample from CORDRAY, when compared against the swab samples taken from the three firearms, may yield further evidence that CORDRAY was in possession of these items in violation of Title 18 U.S.C. Section 922 (g)(1).

26. For the above reasons, I respectfully request that a search warrant authorizing ATF to search Antwone CORDRAY, as outlined in attachment "A" to the search warrant, be



granted to collect DNA samples from him by obtaining oral swab samples using the standard procedures developed by ATF as described in attachment B.

27. This affidavit has been reviewed by Special Assistant United States Attorney Carra Henderson.

*[signature]*
Jody S. Barboza, Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to before me this
12th day of November, 2021.

*[signature]*
UNITED STATES MAGISTRATE JUDGE